**Fill in this information to identify the case:**

Debtor name: __223 EAST 5TH STREET LLC__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF NEW YORK__

Case number (if known): __17-22454 (RDD)__

☐ Check if this is an amended filing

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __April 14, 2017__     X __/s/ DAVID GOLDWASSER__
Signature of individual signing on behalf of debtor

**DAVID GOLDWASSER**
Printed name

**Authorized Signatory of GC Realty Advisors LLC, Manager**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: **223 EAST 5TH STREET LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): **17-22454 (RDD)**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals       12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................... $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................... $ **0.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................... $ **0.00**

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................. $ **145,515,563.38**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$ **63,729.70**

4. **Total liabilities** ...................................................................................................................... $ **145,579,293.08**
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name: **223 EAST 5TH STREET LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): **17-22454 (RDD)**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   | All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
   |---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|---|
   | 3.1. | Bridgehampton National Bank<br>2200 Montauk Hwy<br>Box 3005<br>Bridgehampton, NY 11932 | Operating | 0812 | Unknown |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**    $0.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ■ No. Go to Part 4.
    ☐ Yes Fill in the information below.

### Part 4:   Investments

13. **Does the debtor own any investments?**

    ■ No. Go to Part 5.

| Debtor | **223 EAST 5TH STREET LLC** | Case number *(If known)* **17-22454 (RDD)** |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Real Property and Improvements at 223 East 5th Street (Value Subject To Appraisal By A Court Of Competent Jurisdiction)** | Owner | Unknown | | Unknown |

56. **Total of Part 9.** $0.00
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

| Debtor | 223 EAST 5TH STREET LLC | Case number (If known) | 17-22454 (RDD) |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    - ■ No
    - ☐ Yes

### Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    - ■ No. Go to Part 11.
    - ☐ Yes Fill in the information below.

### Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    - ■ No. Go to Part 12.
    - ☐ Yes Fill in the information below.

Debtor  **223 EAST 5TH STREET LLC**                                      Case number *(If known)*  **17-22454 (RDD)**
Name

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $0.00 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **223 EAST 5TH STREET LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | **17-22454 (RDD)** |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** **A LITTLE BIT OF EVERYTHING CORP.**
Creditor's Name

27 UTOPIA COURT
Staten Island, NY 10304
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**    $87,025.00    $0.00

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.2** **EVF1 LLC**
Creditor's Name

c/o KRISS & FEUERSTEIN LLP
360 Lexington Ave., Suite 1200
New York, NY 10017
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Describe debtor's property that is subject to a lien**    $145,428,538.38    $0.00

**Describe the lien**
**First lien. (Cross-collateralized with the real property of affiliated debtors.)**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 2

Debtor  **223 EAST 5TH STREET LLC**                                   Case number (if know)   **17-22454 (RDD)**
Name

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $145,515,563.38

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **223 EAST 5TH STREET LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | **17-22454 (RDD)** |

☐ Check if this is an amended filing

Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ■ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**ABRAHAM LOSHKIN**<br>**459 CROWN STREET**<br>**Brooklyn, NY 11225**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **FOR NOTICE PURPOSES ONLY**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $0.00 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**ACCURATE FUNDING LLC**<br>**c/o Jeffrey Fleischmann, Esq.**<br>**150 Broadway, Suite 900**<br>**New York, NY 10038**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **FOR NOTICE PURPOSES ONLY**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $0.00 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**All Boro Consulting LLC**<br>**123 South 8 Street**<br>**# 101**<br>**Brooklyn, NY 11211**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset?  ■ No  ☐ Yes | $250.00 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Belkin Burden Wenig & Goldman,**<br>**270 Madison Avenue**<br>**New York, NY 10016**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset?  ■ No  ☐ Yes | $23,984.52 |

| Debtor | 223 EAST 5TH STREET LLC | Case number (if known) | 17-22454 (RDD) |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>**CDP Contractors, LLC**<br>**1005 East 29th Street**<br>**11210**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,000.00** |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Consolidated Edison Co. of NY**<br>**JAF STATION**<br>**P.O. BOX 1702**<br>**New York, NY 10116-1702**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$67.00** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Global Pest Control**<br>**382A Route 59**<br>**Suite 105**<br>**Monsey, NY 10952**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$228.63** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Grasso-Menziuso Architects PC**<br>**350 Seventh Ave**<br>**Suite 405**<br>**New York, NY 10001**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$15,375.00** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Hansen Law PLLC**<br>**Attn: Lawrence Hansen, Esq.**<br>**271 Madison Avenue, 18th Floor**<br>**New York, NY 10016**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**INSPA RISK**<br>**18-10 WHITESTONE EXPRESSWAY**<br>**3RD FLOOR**<br>**Whitestone, NY 11357**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$180.00** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**INTERNAL REVENUE SERVICE**<br>**PO BOX 7346**<br>**Philadelphia, PA 19114**<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **FOR NOTICE PURPOSES ONLY**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| Debtor | **223 EAST 5TH STREET LLC** | Case number (if known) | **17-22454 (RDD)** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Jack Jaffa & Associates Corp.**<br>**Real Estate Consultants**<br>**147 Prince Street**<br>**Brooklyn, NY 11201**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $500.00 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Kove Brothers**<br>**89 Seventh Ave**<br>**New York, NY 10011**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $364.48 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**NEW YORK STATE DEPT. OF FINANC**<br>**ATTN:  BANKRUPTCY SPECIAL PROC**<br>**PO BOX 5300**<br>**Albany, NY 12205**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  FOR NOTICE PURPOSES ONLY**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**NYC DEPT. OF FINANCE**<br>**345 ADAMS STREET, 3RD FL.**<br>**ATTN:  LEGAL AFFAIRS**<br>**Brooklyn, NY 11201**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  FOR NOTICE PURPOSES ONLY**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**NYC Water Board**<br>**P.O.Box 11863**<br>**Newark, NJ 07101-8163**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $2,496.32 |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Park Ave Appliance**<br>**50 Park Ave South**<br>**Lakewood, NJ 08701**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $6,705.00 |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Plumbing, Plumbing & Plumbing**<br>**Corp.**<br>**908 McDonald Ave**<br>**Brooklyn, NY 11218**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $783.28 |

| Debtor | **223 EAST 5TH STREET LLC** | Case number (if known) | **17-22454 (RDD)** |
|---|---|---|---|
| | Name | | |

| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Professional Intelligence Agen**<br>**265 Jericho Turnpike, 2nd Fl**<br>**Floral Park, NY 11001**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $756.18 |
|---|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**S.J. Fuel Co., Inc.**<br>**601 Union Street**<br>**P.O. Box 505**<br>**Brooklyn, NY 11210**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $1,306.49 |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Speedy Lock & Door Co., INC.**<br>**24Hr. Emergency**<br>**17 1st Avenue**<br>**New York, NY 10003**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $359.18 |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Statewide Supply LLC**<br>**627 Diane Place**<br>**Valley Stream**<br>**Valley Stream, NY 11581**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $1,572.78 |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Sunset Window Fashions**<br>**1660 Kimball Street**<br>**Brooklyn, NY 11234**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $914.55 |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**The Metro Group, Inc.**<br>**50-23 Twenty-Third Street**<br>**Long Island City, NY 11101**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $5,438.32 |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Time Warner Cable**<br>**Box 223085**<br>**Pittsburgh, PA 15251-0850**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $608.97 |

| Debtor | **223 EAST 5TH STREET LLC** | Case number (if known) | **17-22454 (RDD)** |
|---|---|---|---|
| | Name | | |

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$839.00** |
|---|---|---|---|
| | **Wald Environmental Inc.**<br>**2738 East 19 Street C2**<br>**Brooklyn, NY 11235** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset?  ■ No   ☐ Yes | |

### Part 3:  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **A&N FUNDING CO. LLC**<br>**459 CROWN STREET**<br>**Brooklyn, NY 11225** | Line **3.1**<br>☐ Not listed. Explain ____ | __ |
| 4.2 | **CORP. COUNSEL FOR NYC**<br>**100 CHURCH STREET**<br>**New York, NY 10007** | Line **3.15**<br>☐ Not listed. Explain ____ | __ |
| 4.3 | **NAUM LOSHKIN**<br>**459 CROWN STREET**<br>**Brooklyn, NY 11225** | Line **3.1**<br>☐ Not listed. Explain ____ | __ |
| 4.4 | **OFFICE OF THE ATTORNEY GENERAL**<br>**THE CAPITOL**<br>**Albany, NY 12224** | Line **3.14**<br>☐ Not listed. Explain ____ | __ |
| 4.5 | **US ATTY OFFICE -SDNY**<br>**86 CHAMBERS STREET**<br>**ATTN:  TAX AND BANKRUPTCY**<br>**New York, NY 10007** | Line **3.11**<br>☐ Not listed. Explain ____ | __ |

### Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 63,729.70 |
| **5c. Total of Parts 1 and 2**<br>   Lines 5a + 5b = 5c. | 5c. | $ | 63,729.70 |

**Fill in this information to identify the case:**

Debtor name: **223 EAST 5TH STREET LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): **17-22454 (RDD)**

☐ Check if this is an amended filing

Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases  12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** |
| | State the term remaining | Cheng, Phobol |
| | List the contract number of any government contract | 223 East 5th Street<br>Unit 4<br>New York, NY 10003 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** |
| | State the term remaining | Fontana, Alisa |
| | List the contract number of any government contract | 223 East 5th Street<br>Unit 15<br>New York, NY 10003 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** |
| | State the term remaining | Frisenda, Rosa |
| | List the contract number of any government contract | 223 East 5th Street<br>Unit 12<br>New York, NY 10003 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** |
| | State the term remaining | Gogniat, Georgette |
| | List the contract number of any government contract | 223 East 5th Street<br>Unit 13<br>New York, NY 10003 |

| Debtor 1 | **223 EAST 5TH STREET LLC** | | Case number *(if known)* | **17-22454 (RDD)** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
|---|---|---|---|
| | State the term remaining | | **Hayes, Christopher Andrew**<br>**223 East 5th Street**<br>**Unit 16**<br>**New York, NY 10003** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
|---|---|---|---|
| | State the term remaining | | **Irwin-Harada, Gretchen**<br>**223 East 5th Street**<br>**Unit 5**<br>**New York, NY 10003** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
|---|---|---|---|
| | State the term remaining | | **Jeremy Goldman**<br>**223 East 5th Street**<br>**Unit 3**<br>**New York, NY 10003** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
|---|---|---|---|
| | State the term remaining | | **Keothavy, Jackie**<br>**223 East 5th Street**<br>**Unit 9**<br>**New York, NY 10003** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
|---|---|---|---|
| | State the term remaining | | **Moffett, Patrick**<br>**223 East 5th Street**<br>**Unit 7**<br>**New York, NY 10003** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
|---|---|---|---|
| | State the term remaining | | **Morton, Jennifer**<br>**223 East 5th Street**<br>**Unit 10**<br>**New York, NY 10003** |
| | List the contract number of any | | |

| Debtor 1 | **223 EAST 5TH STREET LLC** | | Case number *(if known)* | **17-22454 (RDD)** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|

|  | government contract | | |
|---|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
| | State the term remaining | | **Pattiarachi, Mal**<br>**223 East 5th Street**<br>**Unit 11**<br>**New York, NY 10003** |
| | List the contract number of any government contract | | |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
| | State the term remaining | | **Russel Lobel, Nadav**<br>**223 East 5th Street**<br>**Unit 6**<br>**New York, NY 10003** |
| | List the contract number of any government contract | | |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
| | State the term remaining | | **Schenk, Sabine**<br>**223 East 5th Street**<br>**Unit 14**<br>**New York, NY 10003** |
| | List the contract number of any government contract | | |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
| | State the term remaining | | **Stein, Irene**<br>**223 East 5th Street**<br>**Unit 8**<br>**New York, NY 10003** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name: **223 EAST 5TH STREET LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): **17-22454 (RDD)**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**    *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Raphael Toledano | 260 Central Avenue Apt. #224 Lawrence, NY 11559 | EVF1 LLC | ■ D  **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | See Attached List | See Attached List of Jointly Administered Debtors that are Co-Obligors | EVF1 LLC | ■ D  **2.2**<br>☐ E/F _____<br>☐ G _____ |

## LIST OF CO-OBLIGORS

**223 EAST 5TH STREET LLC**

**229 EAST 5TH STREET LLC**

**231 EAST 5TH STREET LLC**

**233 EAST 5TH STREET LLC**

**235 EAST 5TH STREET LLC**

**228 EAST 6TH STREET LLC**

**66 EAST 7TH STREET LLC**

**27 ST MARKS PLACE LLC**

**334 EAST 9TH STREET LLC**

**253 EAST 10TH STREET LLC**

**325 EAST 12TH STREET LLC**

**327 EAST 12TH STREET LLC**

**329 EAST 12TH STREET LLC**

**510 EAST 12TH STREET LLC**

**514 EAST 12TH STREET LLC**